IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC. d/b/a POTTERY BARN,<br><br>Defendant. | Civil No. 2:19-cv-00611-MJH |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Ronald J. Migyanko, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, Williams-Sonoma, Inc., doing business as "Pottery Barn." The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days. In light of this Notice, Plaintiff requests the Court relieve Defendant from responding to his Complaint at this time.

*/s/ Kevin W. Tucker*

R. Bruce Carlson
Kelly K. Iverson
Bryan A. Fox
Kevin W. Tucker
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com
bfox@carlsonlynch.com
ktucker@carlsonlynch.com

Patrick W. Michenfelder
Chad Throndset
THRONDSET MICHENFELDER, LLC
Cornerstone Building
One Central Avenue West, Suite 203
St. Michael, MN 55376
T. (763) 515-6110
pat@throndsetlaw.com
chad@throndsetlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 23, 2019, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

                Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)