# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMS-SONOMA, INC. d/b/a POTTERY BARN,<br><br>　　　　Defendant. | Civil Action No. 2:19-cv-611-MJH |

## STIPULATION DISMISSING ACTION WITH PREJUDICE

　　Plaintiff Ronald J. Migyanko and defendant Williams-Sonoma, Inc. hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the action referenced above shall be dismissed with prejudice as against all Parties. The Parties shall bear their own attorneys' fees and costs. The Parties request that the Court "so order."

　　Respectfully submitted,

| | |
|---|---|
| /s/ *R. Bruce Carlson* | /s/ *James S. Urban* |
| R. Bruce Carlson | James S. Urban |
| bcarlson@carlsonlynch.com | jsurban@jonesday.com |
| Kevin W. Tucker | Katherine J. McLay |
| ktucker@carlsonlynch.com | kmclay@jonesday.com |
| CARLSON LYNCH LLP | JONES DAY |
| 1133 Penn Avenue | 500 Grant Street |
| 5th Floor | Suite 4500 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219-2514 |
| Telephone: (412) 322-9243 | Telephone: (412) 391-3939 |
| Facsimile: (412) 231-0246 | Facsimile: (412) 394-7959 |
| *Counsel for Plaintiff Ronald J. Migyanko* | *Counsel for Defendant Williams-Sonoma, Inc.* |

　　　　　　　　**SO ORDERED this _____ day of October, 2019**

　　　　　　　　_____
　　　　　　　　**Hon. Marilyn J. Horan**
　　　　　　　　**United States District Court Judge**